IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALYSHA BROWN, Mother and Guardian of
Whitney Brenae Johnson                                                    PLAINTIFF

v.                          CASE NO. 4:10CV00063 BSM

PULASKI COUNTY SPECIAL SCHOOL DISTRICT et al.          DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 8th day of December 2011.

_____
UNITED STATES DISTRICT JUDGE